IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY RAMSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-87-CV-W-DW |
| ) | |
| QUIKTRIP CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff's case was removed to this Court on February 2, 2007. On January 10, 2008, Defendant filed a Motion to Compel. (Doc. 11). In its Motion, Defendant outlined its numerous attempts to resolve Plaintiff's failure to respond or provide discovery. Accordingly, on January 15, 2008, this Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. (Doc. 12). After having failed to respond to said Order, Defendant filed a Motion to Dismiss. (Doc. 13).

Pursuant to Defendant's Motion and due to Plaintiff's failure to respond to this Court's Order to Show Cause, Plaintiff's case is dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

Date:   February 8, 2008              /s/ Dean Whipple
                                         Dean Whipple
                                         United States District Judge